UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RODNEY WILLIAMS, JR.,<br>　　　　　　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>MICHAEL HAINES,<br>　　　　　　　　　　*Defendant*. | Civil Action<br>No. 3:17 CV 1941<br><br><br><br><br><br>NOVEMBER 20, 2017 |

## **COMPLAINT**

1. This is an action to redress the deprivation of rights secured to the Plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this Court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The Plaintiff, Rodney Williams, Jr., is an adult citizen of the United States of America who is a resident of New Haven, Connecticut.

4. The Defendant, Michael Haines, is or was a police officer employed by the City of New Haven. He was acting as such at all times herein mentioned, but he is sued only in his individual capacity.

5. During all times mentioned in this Complaint, Defendant Haines was acting under color of law, that is, under color of the constitution, statutes, laws, rules,

regulations, customs and usages of the State of Connecticut and the United States of America.

6. On March 8, 2017, Defendant Haines fired electronic Taser probes at the Plaintiff which struck him in the back and head, causing him to fall to the ground and inflicting painful injuries upon the Plaintiff, including but not limited to bruises, contusions, lacerations, a concussion and other closed-head injuries..

7. As a result of said injuries, the Plaintiff has suffered emotional distress, incurred medical expenses, and temporary and permanent injuries, all to his personal and financial detriment.

8. At the time Defendant Haines fired electronic Taser probes at the Plaintiff, the Plaintiff posed no threat to Defendant Haines or any member of the public.

9. The use of a Taser in these circumstances by Defendant Haines against the Plaintiff was in violation of the General Orders of the City of New Haven Police Department and inconsistent with the training afforded Defendant Haines by City of New Haven Police Department.

10. In the manner described above, Defendant Haines violated the Plaintiff's right to be free from unreasonable force, which rights are secured to the plaintiff by the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

11. In the manner described above, Defendant Haines assaulted and battered the Plaintiff, all in violation of Connecticut state law.

12. In the manner described above, Defendant Haines had a duty to use a Taser properly and in accordance with his training, he was negligent in the deployment of a Taser, and caused personal injury to the Plaintiff.

WHEREFORE, the Plaintiff claims judgment against the Defendant for compensatory damages, punitive damages, attorney's fees and costs and any other relief in law or equity which may appertain.

**THE PLAINTIFF CLAIMS TRIAL BY JURY.**

**THE PLAINTIFF,
RODNEY WILLIAMS, JR.**

*/s/ John J. Radshaw IV*
_____
John J. Radshaw III, Esquire (ct19882)
900 Chapel Street, Suite 620
New Haven, CT 06510
203.654.9695 | 203.721.6182 f
www.jjr-esq.com | jjr@jjr-esq.com