Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam
DEPUTY CLERK: A. Caffrey  RPTR/ECRO/TAPE: FTR - CR 5
TOTAL TIME: ___ hours 10 minutes
DATE: 5/22/2018   START TIME: 9:37AM   END TIME: 12:24PM
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

Off Record from 9:44AM - 12:21PM

CIVIL NO. 3:17-cv-01941-JCH

| | |
|---|---|
| Rodney Williams, Jr. | John J. Radshaw, III |
| | Plaintiff's Counsel |
| vs | |
| Michael Haines | Michael A. Wolak, III |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☐ Motion hearing     ☐ Show Cause Hearing
☐ Evidentiary Hearing  ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☐.....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐........... _____ ☐ filed ☐ docketed
☐........... _____ ☐ filed ☐ docketed
☐........... _____ ☐ filed ☐ docketed
☐........... _____ ☐ filed ☐ docketed
☐........... _____ ☐ filed ☐ docketed
☐........... _____ ☐ filed ☐ docketed
☐........... _____ Hearing continued until _____ at _____

Notes: Settlement conference commenced on the record